CC: BK

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| In Re Allen B. Shay<br><br>ALLEN B. SHAY,<br><br>　　　　　　　Appellant,<br><br>　　v.<br><br>ALFRED H. SEIGEL,<br><br>　　　　　　　Appellee. | Case No. 2:18-00023 JGB<br>Related U.S. Bankruptcy Court,<br>2:12-bk-26069-RK<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, the Bankruptcy Court for the Central District of California's Order denying the motion to vacate is AFFIRMED.

Dated: July 13, 2018

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　United States District Judge